IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antonio Rojo Reyes,<br><br>        Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>        Defendant. | No. CV 04-2535-PHX-EHC (MEA)<br><br>**ORDER** |

      Plaintiff, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on November 10, 2004, which was dismissed with leave to amend, and an amended complaint on December 6, 2004, complaining of events and conditions regarding his detention at the Maricopa County Durango jail.

      On November 24, 2004, the Court issued an order directing that monthly payments be made from Plaintiff's inmate account; a copy of the payment order was mailed to Plaintiff. (*see* Dkt. 4). On November 22, 2005, the Court ordered Plaintiff to return a service packet for Defendant Arpaio to the Court on or before December 12, 2005. (Dkt. 6). Plaintiff has apparently been released from the custody of the Maricopa County Sheriff's Department prior to December 5, 2005. (Dkt. 7). Mail sent to Plaintiff has been

1  returned as undeliverable.  No other addresses were provided and no forwarding
2  information is available.
3     On January 20, 2006, Magistrate Judge Mark E. Aspey issued a Report and
4  Recommendation.  (Dkt. 8).  The opinion of Magistrate Judge Aspey recommended that
5  Plaintiff's complaint be dismissed without prejudice for Plaintiff's failure to file a notice
6  of change of address.  The Court noted, "An order to show cause why this action should
7  not be dismissed for failure to serve the defendant or for failure to prosecute would be
8  futile."  Recommendation, p. 2 (Dkt. 8).  The Court cited Carey v. King, 856 F.2d 1439,
9  1441 (9th Cir. 1988) for the proposition that "[a]n order to show cause why dismissal is
10 not warranted . . . would only find itself taking a round trip tour through the United States
11 mail."  Id.  Plaintiff was mailed a copy of the Magistrate Judge's Report and
12 Recommendation.  It, too, was returned as undeliverable.  (Dkt. 9).
13    Accordingly,
14    **IT IS ORDERED** adopting the Magistrate Judge's Report and Recommendation
15 (Dkt. 8) and **dismissing** Plaintiff's Complaint **without prejudice** for failure to comply
16 with Rule 3.4, Local Rules of Civil Procedure for the United States District Court for the
17 District of Arizona, and Rule 41(b), Federal Rules of Civil Procedure.
18    DATED this 22nd day of February, 2006.

_Earl H. Carroll_
Earl H. Carroll
United States District Judge